JOURNAL ENTRY AND OPINION
Appeal of Ohio Associated Builders and Contractors, Inc. as a proposed intervenor is hereby dismissed as moot as the trial court has now adjudicated the underlying case; no stay having been sought or obtained. See State ex rel. U.S. Steel Corp. v. Ross (1986),22 Ohio St.3d 85. Appeal dismissed.
It is ordered that appellees recover of intervenor-appellant costs herein taxed.
A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.
ANNE L. KILBANE, J., and JAMES M. PORTER, J., CONCUR
 _______________________________________ PRESIDING JUDGE, TERRENCE O'DONNELL